UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYON FREEMAN<br><br>    Plaintiff,<br><br>    v.<br><br>AG OPPORTUNITY ZONE FUND PROPERTY OWNER, LLC, et al.,<br><br>    Defendants. | Case No. 2:24-cv-11256-KK-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the Report and Recommendation of the magistrate judge (Dkt. 26, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

    Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing all federal claims asserted in this action with prejudice and all state law claims asserted in this action without prejudice.

Dated: May 8, 2025

KENLY KIYA KATO
United States District Judge