(JS-6)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYON FREEMAN | Case No. 2:24-cv-11256-KK-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| AG OPPORTUNITY ZONE FUND PROPERTY OWNER, LLC, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDER, ADJUDGED, AND DECREED THAT this action is DISMISSED, with all federal claims dismissed with prejudice and all state law claims dismissed without prejudice.

Dated: May 8, 2025

KENLY KIYA KATO
United States District Judge